John S. Delikanakis (NV Bar #5928)
Erin M. Gettel (NV Bar #13877)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email: jdelikanakis@swlaw.com
　　　　egettel@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THERESA LAWRENCE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　Defendant. | Case No.:  2:22-cv-01366-GMN-EJY<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and having reached an agreement regarding all claims set forth, Plaintiff Theresa Lawrence ("Plaintiff") and Defendant Bank of America, N.A. ("BANA") hereby stipulate and agree to the dismissal with prejudice of all claims set forth by Plaintiff in the above referenced matter as against BANA, with each party to bear its own attorneys' fees, costs, and other expenses associated with this action and the underlying

/ / /

/ / /

/ / /

disagreement that led to this action.

Respectfully submitted: February 20, 2023

SNELL & WILMER L.L.P.

By:   */s/ John S. Delikanakis*
John S. Delikanakis, Esq. (NV Bar #5928)
Erin M. Gettel, Esq. (NV Bar #13877)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Bank of America, N.A.*

SHAUN ROSE LAW, LLC

By:   */s/ Shaun Rose*
Shaun M. Rose, Esq. (NV Bar #13945)
9505 Hillwood Drive, Suite 100
Las Vegas, Nevada 89134

*Attorney for Plaintiff*

## ORDER

**IT IS SO ORDERED.** It is **FURTHER ORDERED** that all pending motions are **DISMISSED as moot.** The Clerk of Court is instructed to close the case.

Dated this  22  day of February, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2023, I electronically transmitted the foregoing Joint Stipulation of Dismissal with Prejudice to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

*/s/ Jeanne Forrest*
An employee of SNELL & WILMER L.L.P.

4855-2542-8050